### BOWERS et al. v. NEW YORK LIFE INS. CO.

(Circuit Court of Appeals, First Circuit. January 7, 1896.)

#### No. 134.

Appeal from the Circuit Court of the United States for the District of Maine. This was a bill in equity by Walter T. Bowers. administrator of the estate of Roscoe L. Bowers, and Sarah C. Bowers, against the New York Life Insurance Company, to reform a policy of insurance. The bill was dismissed (68 Fed. 785), and complainants appeal.

Joseph W. Symonds, David W. Snow, and Charles S. Cook, for appellants. Charles F. Libby, for appellee.

Dismissed, without costs, pursuant to stipulation of counsel.

---

### FOLSOM v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. 1895.)

Error to Supreme Court of New Mexico. Questions of law certified to supreme court. For decision of the supreme court thereon, see 16 Sup. Ct. 222.